UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN E. HARRIS | CIVIL ACTION |
| VERSUS | NO. 12-2586 |
| LEON CANNIZARO, JR., ET AL. | SECTION "C"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff, Calvin E. Harris' claims against defendants, District Attorney Leon Cannizaro, Jr., Deputy Gray, Orleans District Court "Records Clerk", Sheriff Marlin Gusman and Mayor Mitch Landrieu, are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e, and for otherwise failing to state a claim upon which relief can be granted.

New Orleans, Louisiana, this _22_ day of _August_, 2013.

UNITED STATES DISTRICT JUDGE